

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JESUS HENRY AGUILERA III, | § | No. 08-14-00309-CV |
| Appellant, | § | Appeal from |
| v. | § | 383rd District Court |
| ADELAIDA AGUILERA, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2012-DCM-07766) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court to determine whether the Court has jurisdiction. Rule 26.1 of the Texas Rules of Appellate Procedure provides that an appeal is perfected in a civil case when notice of appeal is filed within thirty days after the judgment is signed, unless a motion for new trial is timely filed. TEX.R.APP.P. 26.1. When a motion for new trial has been filed, notice of appeal must be filed within ninety days after the judgment is signed. *Id.* A notice of appeal is considered timely if filed within fifteen days of the due date and accompanied by a reasonable explanation for the failure to file on the due date. *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Appellant is attempting to appeal a judgment signed on August 1, 2014. Appellant timely filed a motion for new trial. Thus, his notice of appeal was due to be filed no later than October 30, 2014. Appellant did not file his notice of appeal until December 1, 2014. Because Appellant

did not file the notice of appeal or a motion for extension of time within the time specified by the Rules of Appellate Procedure, this Court does not have jurisdiction over the appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

February 4, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.